382 A.2d 748

Commonwealth, Appellant, v. Grate.

 Submitted March 21, 1977. Michael E. Riskin, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellant; James C. Lanshe, Jr., for appellee.

Order affirmed.